IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GLENNA F. BROWN, :
    Plaintiff :
 :
v. : CIVIL NO. AMD 07-1087
 :
MICHELLE RORIE, et al., :
    Defendants :

...o0o...

## MEMORANDUM OPINION

Plaintiff Glenna F. Brown, a citizen of Maryland, alleges in this diversity case that she suffered injuries when her car collided with a vehicle operated by defendant Michelle Rorie and owned by defendant Dorothy Johnson. The accident occurred at an intersection in Williamsport, Pennsylvania. Both defendants are citizens of Pennsylvania, and each was served with process there.

Defendants have moved to dismiss for lack of personal jurisdiction, asserting, in effect, that they have no connection whatsoever with Maryland, and certainly none relevant to this case or to plaintiff's claim. Plaintiff has responded to the motion. It appears that plaintiff believes that service of process on defendants, notwithstanding that neither has any contact with Maryland, is alone sufficient to confer personal jurisdiction in this forum to adjudicate her claim against them. Plaintiff is wrong.[*] Accordingly, the motion to dismiss shall be granted. An Order follows.

Filed: October 17, 2007                                /s/
                                                                              ANDRE M. DAVIS
                                                                              UNITED STATES DISTRICT JUDGE

---

[*] *See, e.g., Blue Ridge Bank v. Veribanc, Inc.*, 755 F.2d 371, 373 (4th Cir. 1985)("The Fourth Circuit has developed a two part test to determine questions of personal jurisdiction where federal jurisdiction is based on diversity of citizenship. *Hardy v. Pioneer Parachute Co.*, 531 F.2d 193, 195 (4th Cir.1976); *Wolfe v. Richmond City Hospital Authority*, 745 F.2d 904, 909 (4th Cir.1984). The courts must determine, first, if there is statutory authority for the exercise of jurisdiction under the laws of the state and, second, if the exercise of jurisdiction complies with federal constitutional standards of due process. *Hardy*, 531 F.2d at 195; *Wolfe*, 745 F.2d at 909.").